René P. Voss (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA 94960
Phone: (415) 446-9027
Email: renepvoss@gmail.com
LEAD COUNSEL

Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
*Applicant Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER and EARTH ISLAND INSTITUTE,<br><br>Plaintiffs,<br>v.<br><br>TERESA BENSON, in her official capacity as the Forest Supervisor of the Sequoia National Forest; and the UNITED STATES FOREST SERVICE,<br><br>Defendants. | No.: 1:19-cv-00134-AWI-BAM<br><br>**PLAINTIFFS' PROOF OF SERVICE OF SUMMONS AND COMPLAINT; AND COURT NOTICES: ORDER SETTING SCHEDULING CONFERENCE, AVAILABILITY OF MAGISTRATE, AND VDRP** |

1

1	In accordance with Fed. R. Civ. Proc. 4(i) and Civil Local Rule 210, I declare under penalty of perjury that I mailed copies of the Summons, Complaint, Order Setting Scheduling Conference, Notice of Availability of A Magistrate Judge to Exercise Jurisdiction and Appeal Instruction with attached Consent Form, and Notice of Availability Voluntary Dispute Resolution Program (VDRP) and Stipulation to Elect VDRP in *Sequoia ForestKeeper, et al, v. Teresa Benson, et al.*, Civ. No. 1:19-cv-00134-AWI-BAM, filed in the United States District Court for the Eastern District of California, Fresno Division, by U.S. Certified Mail (see attached receipts) to the following persons or entities on January 30, 2019, thereby effecting service.

I further declare that I am at least 18 years of age and not a party to this action.

Teresa Benson – Forest Supervisor
Sequoia National Forest
1839 South Newcomb Street
Porterville, CA 93257

United States Attorney's Office
Civil Process Clerk
501 "I" Street, Suite 10-100
Sacramento, CA 95814

United States Forest Service
c/o Vicky Christiansen – Chief
1400 Independence Avenue, S.W.
Washington, D.C. 20250-0003

Matthew Whitaker
Acting U.S. Attorney General
Department of Justice Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

DATED this 30th day of January, 2019,

_____
René Voss

