RENÉ P. VOSS (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA 94960
Phone: (415) 446-9027
Email: renepvoss@gmail.com
LEAD COUNSEL

MATT KENNA (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net
*Pro Hac Vice*

*Attorneys for Plaintiffs*

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SEQUOIA FORESTKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TERESA BENSON, in her official capacity as the Forest Supervisor of the Sequoia National Forest, *et al.*, <br><br> Federal Defendants. | Case No. 1:19−CV−00134−LJO−SAB <br><br> **STIPULATION AND ORDER FOR STAYING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT PENDING APPEAL IN RELATED CASE** |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |
| 2 | IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, |
| 3 | that: |
| 4 | (1) Briefing on the parties' cross-motions for summary judgment shall be stayed |
| 5 | pending a decision on the appeal in the related case *Earth Island Institute, et al. v.* |
| 6 | *Kevin Elliott, et al.*, E.D. Cal. Case No. 1:17-cv-01320-LJO-SAB ("the Bull Run |
| 7 | case" or "Bull Run"). *See Earth Island Institute, et al. v. Kevin Elliott, et al.*, |
| 8 | No. 18-16354 (9th Circuit). |
| 9 | (2) The parties shall file a Joint Status Report within 60 days of the Ninth Circuit's |
| 10 | issuance of the mandate in the Bull Run case regarding how the instant action |
| 11 | should proceed. |
| 12 | The reasons for this Stipulation and Proposed Order are as follows: |
| 13 | In this action, Plaintiffs Sequoia ForestKeeper and Earth Island Institute allege that the |
| 14 | United States Forest Service violated the National Environmental Policy Act ("NEPA"), |
| 15 | 42 U.S.C. § 4332, by authorizing the Pier Fire Hazard Tree Mitigation Project in the Sequoia |
| 16 | National Forest. Plaintiffs specifically allege that the Forest Service violated NEPA by |
| 17 | approving the project pursuant to Categorical Exclusions rather than preparing an Environmental |
| 18 | Assessment or Environmental Impact Statement. Plaintiffs further allege that the Forest Service |
| 19 | violated NEPA by failing to explain why the project's potentially adverse effects on Pacific |
| 20 | fishers and California spotted owls are not significant. |
| 21 | Plaintiffs alleged identical NEPA claims in the Bull Run case, in which this Court |
| 22 | granted summary judgment in favor of the Forest Service and Sierra Forest Products on July 9, |
| 23 | 2018. Plaintiffs have appealed the Bull Run case, and the parties have now fully briefed the |
| 24 | appeal, and oral argument is schedule for the week of August 5-9, 2019. *See Earth Island* |
| 25 | *Institute, et al. v. Kevin Elliott, et al.*, No. 18-16354 (9th Circuit). The parties anticipate that the |
| 26 | outcome of the appeal in the Bull Run case may affect the outcome of the instant action |
| 27 | challenging the Pier Fire project. |
| 28 | |

Accordingly, the parties believe that staying briefing in this case pending resolution of the Bull Run appeal will conserve judicial resources and secure the just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1; *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

Respectfully submitted this 30th day of April, 2019.

/s/ *René Voss*
RENÉ P. VOSS
MATT KENNA, *Pro Hac Vice*

*Attorneys for Plaintiffs*

McGREGOR W. SCOTT
United States Attorney

/s/ *Joseph B. Frueh* (as authorized on 4/30/2019)
JOSEPH B. FRUEH
Assistant United States Attorney

*Attorneys for Federal Defendants*

## **ORDER**

Pursuant to the stipulation of the parties:

(1) Briefing on the parties' cross-motions for summary judgment shall be stayed pending a decision on the appeal in the related case *Earth Island Institute, et al. v. Kevin Elliott, et al.*, E.D. Cal. Case No. 1:17-cv-01320-LJO-SAB ("the Bull Run case" or "Bull Run"). *See Earth Island Institute, et al. v. Kevin Elliott, et al.*, No. 18-16354 (9th Circuit);

(2) The parties shall file a Joint Status Report regarding how the instant action should proceed within 60 days of the Ninth Circuit's issuance of the mandate

1       in the Bull Run case, or every six months, starting six months from the date of

2       this order, whichever is sooner.

IT IS SO ORDERED.

Dated:   **April 30, 2019**                **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE