RENÉ P. VOSS (CA Bar No. 255758)
Natural Resources Law
15 Alderney Road
San Anselmo, CA 94960
Phone: (415) 446-9027
Email: renepvoss@gmail.com
LEAD COUNSEL

MATT KENNA (CO Bar No. 22159), *Pro Hac Vice*
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
Phone: (970) 749-9149
Email: matt@kenna.net

Attorneys for Plaintiffs

McGREGOR W. SCOTT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TERESA BENSON, in her official capacity as the Forest Supervisor of the Sequoia National Forest, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00134-LJO-SAB <br><br> **STIPULATION TO DISMISS CASE WITHOUT PREJUDICE** |

**STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and among the parties through their undersigned counsel, that the above-captioned lawsuit is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and fees.

Dated: October 28, 2019 /s/ *René P. Voss* (authorized 10/28/2019)
RENÉ P. VOSS
MATT KENNA, *Pro Hac Vice*

Attorneys for Plaintiffs


McGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Federal Defendants